**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| COMMISSIONED OFFICERS | ) | |
| ASSOCIATION OF THE | ) | |
| UNITED STATES PUBLIC | ) | |
| HEALTH SERVICE | ) | |
| 8201 Corporate Drive, Suite 1170 | ) | |
| Landover, MD, 20785, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civ. No. |
| | ) | |
| HONORABLE LONNIE G. BUNCH, III | ) | |
| Secretary of the Smithsonian Institution | ) | |
| 600 Maryland Avenue SW | ) | |
| Washington, DC 20002, | ) | |
| | ) | |
| HONORABLE KEVIN GOVER | ) | |
| Director, National Museum | ) | |
| of the American Indian | ) | |
| Smithsonian Institution | ) | |
| 600 Maryland Avenue SW | ) | |
| Washington, DC 20002, | ) | |
| | ) | |
| and, | ) | |
| | ) | |
| The United States of America. | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE DECLARATORY
JUDGMENTS ACT AND THE DUE PROCESS CLAUSE OF THE
FIFTH AMENDMENT**

COMES NOW the Commissioned Officers Association of the United States Public Health

Service ("COAUSPHS"), by and through undersigned counsel, and prays this Honorable Court for

declaratory judgment and injunctive relief under the Declaratory Judgment Act and the Due

Process Clause of the Fifth Amendment. For the following, COAUSPHS respectfully submits the Court should grant the requested relief herein.

## I.        INTRODUCTION

1.   This action is brought against the Defendants to compel them to include the United States Public Health Service Commissioned Corps (herein referred to as the "USPHS") and National Oceanic Atmospheric Administration Commissioned Officer Corps (herein referred to as the "NOAA") in the National Native American Veterans Memorial (herein referred to as the "Memorial"), which is part of the National Museum of the American Indian (herein referred to as "NMAI"), which is controlled by the Smithsonian Institution in Washington, DC.

2.   The matter remains with the sole authority of the Defendants, who have stubbornly and unprincipledly refused to include these vital uniformed branches to the Memorial based on their incorrect, outdated, and profoundly wrong definition of "veteran." This failure is fundamental. It is prejudicial.   It is a profound detriment to the Plaintiff, a well-respected organization that represents the interests of the officer corps of the USPHS.  But it is so much more.

3.   These organizations represent real women and men, the officers who have served and who continue to serve this Nation in the USPHS and NOAA. The doctors, nurses, epidemiologists, and countless other professionals, some of whom are Native Americans, are disrespected due to their prejudicial exclusion. All the while, these officers are deploying each and every day to protect and serve the very health of this Nation and its citizens. Each and every one of the "Plaintiffs" herein deserve the profound recognition demanded herein. Justice so requires.

## II.    JURISDICTION AND VENUE

4.  This is a civil action brought pursuant to 28 U.S.C. § 1329 (jurisdiction of district courts), 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 2201 (declaratory judgments), and 42 U.S.C. § 1983 (injunctive relief).

5.  Venue is proper under 28 U.S.C. § 1391(e) because the principal Defendant, Lonnie Bunch (hereinafter "Defendant Bunch"), is being sued in his official capacity as Secretary of the Smithsonian Institution, which resides in this district.

6.  Defendant Bunch is an official in the Smithsonian Institution and is charged by law to oversee NMAI.  He, too, for purposes of venue resides in the District of Columbia.

### III. PARTIES

7.  The Plaintiff, COAUSPHS, is a nationally recognized member-based organization that supports and advocates for the PHS Commissioned Corps and its active duty, reserve, and retired Officers. The Plaintiff's mission is to protect and enhance the public health and safety of the United States by supporting and advancing the interests of the USPHS.

8.  Additionally, COAUSPHS, at times, advocates on behalf National Oceanic Atmospheric Administration (hereinafter referred as "NOAA"), which is also not included in the Memorial.

9.  Today, there are thousands of USPHS officers serving throughout the United States and, in fact, the world, addressing public health safety due to the devastating effects of COVID-19.

10. COAUSPHS is a nonprofit 501(c)(6) entity headquartered and incorporated in Maryland.

11. The named parties to this action include Honorable Lonnie G. Bunch, III, the Secretary of the Smithsonian Institution.

12. The Memorial in question falls under the National Museum of the American Indian, which is part of the Smithsonian Institution.

13. The Honorable Kevin Gover is the Director of the National Museum of the American Indian, Smithsonian Institution. The Memorial in question falls under Director Gover's purview.

## IV. STATEMENT OF FACTS

14. The Memorial was passed as part of legislation during the 103rd Congress and signed into law under the Native American Veterans' Memorial Establishment Act of 1994. Pub. L. 103-384, 108 Stat. 4067 (1994).

15. The intent of the Memorial is to honor Native Americans, including Native Alaskans and Native Hawaiians, that have served in the armed forces.

16. While all Native American veterans should feel honored to finally have a memorial that they can call their own, this Memorial excludes those in two uniformed services: the USPHS and the NOAA.

17. The USPHS and the NOAA are traditionally unarmed branches, since their missions do not inherently involve direct combat.

18. Since these branches are unarmed, they are often excluded in important legislation that inherently include the armed services, such as the legislation that established the Memorial in question.

19. As is often the case, Plaintiff and other military service organizations have to advocate to Congress to introduce corrective language in passed legislation to include both USPHS and NOAA to be on parity with the other services.

20. It cannot be understated that members of USPHS and NOAA are incredibly vital to the service and protection of this Nation, and are entitled to all rights, privileges, and respect that current and former service members of other branches enjoy.

21. The mission of the USPHS is to protect, promote, and advance the health and safety of this Nation.

22. No truer mandate exists for these uniformed officers.

23. The mission of the NOAA is to protect life and property by understanding and predicting changes in climate, weather, oceans and coastlines.

24. Both branches are subject to militarization under national emergency. 42 U.S.C. § 213.

25. Members of The Military Coalition, which is a group of 35 military, veterans, and uniformed services organizations united in advancing various causes of all eight branches of services, supports inclusion of the USPHS and the NOAA in the Memorial.  Exhibit 1.

26. Indeed, the USPHS and NOAA have made many significant contributions during wartime, alongside their armed counterparts in hostile areas, from World War I to present.  Exhibit 1.

27. Just like the Armed Services, the USPHS and NOAA suffered from casualties as a result of enemy action, as well has some officers being captures as prisoners of war.

28. These officers gave the ultimate sacrifice for this Nation—their adherence and commitment are beyond any question.

29. Uniformed officers of the USPHS and NOAA have been given service awards for gallantry during times of conflict, including Distinguished Service Medals, Legions of Merit, Purple Heart Medals, and Bronze Star Medals.

30. Additionally, USPHS officers have provided medical care to the Coast Guard for more than 200 years, wearing Coast Guard uniforms and serving on Coast Guard cutters and at shore stations.

31. Fundamentally, Native Americans have served and continue to serve proudly in both the USPHS and the NOAA.

32. Hundreds of Native Americans currently serve on active duty in the USPHS, making up a significant percentage of the force.

33. It has been reported that this is the highest percentage of Native Americans of any of the eight federal uniformed services.

34. Not surprisingly, Native Americans within the USPHS have also achieved flag rank.

35. The issue centers on the Smithsonian and the NMAI relying on Native Americans in the military, instead of "armed forces" or "veterans," even though the title of the Memorial is the "National Native American *Veterans* Memorial" (emphasis added).

36. While the aforementioned facts present USPHS and NOAA serving in a military capacity, persons that served in both branches at issue are, by law, considered both service members (5 U.S.C. § 8331(13)(B) and 50 U.S.C. § 3911(2)(B)) and veterans (42 U.S.C. § 213(d)).

37. As part of designing the Memorial, the NMAI conducted thirty-five regional and community consultations, which consisted of 1,200 people across various tribes.  Exhibit 2.

38. Per the consultation report generated from this study, one of the universal themes developed was that the Memorial "must be inclusive, honoring *all* Native American veterans . . . from all eras *and* branches of service." Exhibit 2, (emphasis added).

39. As a result, the Plaintiff has advocated for inclusion of the USPHS and the NOAA in the Memorial for several years.

40. Indeed, the former Secretary of Health and Human Services, The Honorable Alex M. Azar II, also supported the inclusion of both branches in the Memorial.  Exhibit 3.

41. Despite the Plaintiff's and its allies' best efforts, the Defendants have steadfastly and unprincipledly refused to include the USPHS and the NOAA and seemingly delegitimizes the work of the Native Americans who served in these branches.

42. Legislation to correct language in the 1994 law was introduced in the Senate during the 116th Congress, but never made it out of committee. Maritime Administration Authorization and Enhancement Act of 2019, S. 1439, 116th Cong. § 117(a) (2019).

43. As of today, the Memorial is open to the public, but does not include USPHS or NOAA seals. Exhibit 4.

44. But there is space on the Memorial for both seals.  Exhibit 4.

45. The current Memorial consists of 7 stone "slabs" bearing 5 bronze seals of the Army, Marine Corps, Navy, Air Force, and Coast Guard. Exhibit 4.

46. Each service seal sits above the text "NATIONAL NATIVE AMERICAN VETERANS MEMORIAL" engraved in the Memorial. Exhibit 4.

47. As presented in its current form, there is more than enough room for both the USPHS and NOAA seals. Exhibit 4.

48. In an interview conducted by Voice of America, Exhibit 5, the intent of the architect, Harvey Pratt, who is a Native American veteran himself, was to leave space on the Memorial for "the unknown".  But there are, in fact, "the known" who are excluded, rendering the necessity of this lawsuit.

49. Now is the time to remedy this wrong.

## V. CLAIM: DECLARATORY AND INJUNCTIVE RELIEF AGAINST ALL DEFENDANTS IN VIOLATION OF THE FIFTH AMENDMENT DUE PROCESS CLAUSE.

50. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

51. By denying the USPHS and NOAA seals on Memorial, the Smithsonian and the NMAI committed a Fifth Amendment due process violation.

52. The due process clause provides that no one "shall be . . . deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V.

53. The NMAI, which falls under the Smithsonian, is regarded as a trust instrumentality of the United States.

54. Even though the Smithsonian may not yet be considered an agency, Courts have held that previous actions by agencies under the Smithsonian were characterized as governmental action.

55. Since its formation by Congress in 1989, the NMAI, like its parent the Smithsonian, can be regarded as "deeply involved with the government from its inception." *Foster v. Ripley*, 645 F.2d 1142, 1147 (D.C. Cir 1981).

56. The Smithsonian and NMAI are recipients of congressionally appropriated funds, and the NMAI is "held out to the public as one of its bureaus." *Id.* at 1147.

57. Additionally, the Smithsonian handles the human resources aspect of NMAI, of which most are civil servants in government service and provide federal benefits.

58. Hence, for these reasons, the NMAI exclusion of the USPHS and NOAA officers from the Memorial is governmental action and thus triggers Fifth Amendment protection.

59. A property interest is defined as "hav[ing] more than an abstract need or desire for it. [It] must have more than a unilateral expectation of it. [It] must . . . have a legitimate claim of entitlement to it." *Board of Regents of State Colleges v. Roth*, 408 U.S. 564, 576 (1972).

60. Furthermore, "a legitimate claim of entitlement must derive from some reasonably identifiable source apart from the mere expectance of desire of the claimant." *Foster*, 645 F.2d at 1150.

61. The USPHS and NOAA both have a "legitimate claim of entitlement" to the Memorial because current and former Native American service members of each of these branches are "veterans" under federal law.

62. Not including Native American USPHS and NOAA members and veterans in this Memorial is a grave and profound injustice.

63. By excluding these veterans, as well as USPHS and NOAA, it produces a "snowball effect" that leads to USPHS and NOAA veterans being excluded from other benefits as well.

64. Not including the USPHS and NOAA seals on the Memorial, damages their reputation because it continues to perpetuate these uniformed services as branches that are not "the real military," continuing the stigma that USPHS and NOAA retirees and former members are not veterans.

65. The reputation damage suffered by USPHS and NOAA by the Smithsonian and NMAI "is not inconsequential, and can . . . qualify for procedural protection under the due process clause." *Expeditions Unlimited Aquatic Enterprises, Inc. v. Smithsonian Inst.,* 566 F.2d 289, 294 (D.C. Cir 1977).

66. Furthermore, by not including the USPHS and NOAA the Smithsonian and NMAI have disparaged the honor of the USPHS and NOAA by not providing any sufficient notice or opportunity to be heard.

67. The Supreme Court held that when someone's "good name, reputation, honor, or integrity is at stake because of what the government is doing to [them], notice and an opportunity to be heard are essential." *Wisconsin v. Constantineau*, 400 U.S. 433, 437 (1971).

68. The USPHS and NOAA Native American veterans "good name, reputation, honor, [and] integrity" are definitely at stake by not having a place on the Memorial.

## VI. <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, Plaintiff respectfully request that this Court grant the following relief:

a. Compel the Defendants to take measures sufficient to ensure Defendants include both USPHS and NOAA seals on the Memorial;

b. Grant all appropriate and equitable relief to redress past injury and to restrain future injury to Plaintiff by Defendants;

c. Award attorneys fees and costs; and,

d. Award any other such relief as this Court deems just and proper.

Dated: March 30, 2021

Respectfully Submitted,

 */s/ David P. Sheldon*

David P. Sheldon
Bar No. 446039
Law Offices of David. P. Sheldon
100 M St. SE, Ste 600
Washington, DC 20003
Tel: (202) 552-0018
Fax: (202) 546-0135

Email: davidsheldon@militarydefense.com

# ENCLOSURE 1



**T H E   M I L I T A R Y   C O A L I T I O N**

201 North Washington Street
Alexandria, Virginia 22314
(703) 838-8143

19 September 2018

The Hon, Richard C. Shelby, Chair
Committee on Rules and Administration
U.S. Senate
Washington, DC 20510

The Hon. Amy Klobuchar, Ranking
Committee on Rules and Administration
U.S. Senate
Washington, DC 20510

The Hon. Gregg Harper, Chair
Committee on House Administration
U.S. House of Representatives
Washington, DC  20515

The Hon. Robert A. Brady, Ranking
Committee on House Administration
U.S. House of Representatives
Washington, DC 20515

Dear Chairman Shelby and Ranking Member Klobuchar and
Chairman Harper and Ranking Member Brady:

The Military Coalition (TMC), which represents more than 5.5 million current and former uniformed service members, veterans, and their families and survivors, is writing to ask that you direct the Smithsonian Institution to include the logo of the U.S. Public Health Service and the National Oceanic and Atmospheric Administration in the design of its to-be-constructed National Native American Veterans Memorial.

In late June 2018 the Smithsonian announced that it had approved the design for a National Native American Veterans Memorial, to be constructed on the grounds of the National Museum of the American Indian. The design includes the logos of the five armed services, omitting both the U.S. Public Health Service (USPHS) and the National Oceanic and Atmospheric Administration (NOAA), both of whose members are veterans under federal law.

The Smithsonian has indicated that its opposition to including the USPHS and NOAA logos in the memorial design is occasioned by the language in the memorial's authorizing legislation (PL 103-384) that refers to the "service of Native Americans in the Armed Forces of the United States." On its website, however, the Smithsonian refers to this as a memorial to "Native Americans in the military," and focuses on the term "military," rather than the term "armed forces." Indeed, then-Rep. Craig Thomas (R-WY), principal sponsor of HR 2135 in the House, closed his introductory remarks on the bill with "the hope that all our colleagues will join us in honoring our Native American veterans." We believe the language in the law is flexible enough to allow the logos of the USPHS and NOAA to be placed on the memorial.

It is clear from the historical record that officers in both the US Public Health Service and the National Oceanic and Atmospheric Administration have consistently been part of the military forces on our country. President Woodrow Wilson's Executive Order on 3 April 1917 made the USPHS a part of the military forces of the United States during World War I, and USPHS officers were detailed to the Army, Navy, and Coast Guard.

Beginning on 23 December 1941—less than three weeks after the attack on Pearl Harbor— officers of the USPHS serving on Coast Guard ships and with other Coast Guard units were incorporated into the Naval forces of the United States. During World War II, 663 USPHS officers served as part of the Coast Guard, including serving on four cutters that were lost to enemy action. USPHS doctors were assigned to each of the Army's Service Commands. Fifteen USPHS officers were assigned to the China-Burma-India theater of war. Others supported the Normandy landings on D-Day in 1944; still others were directly involved in the amphibious landings on Japanese-defended islands in the Pacific theater of war, including Iwo Jima, Saipan, and the Philippines.

A USPHS officer served on the G-5 staff at Supreme Headquarters, Allied Expeditionary Force, in Europe with the rank of major general. A PHS officer served on General MacArthur's staff as an aide-de-camp, while another PHS officer served on the personal staff of Fleet Admiral Chester W. Nimitz.

Five USPHS medical officers serving in the Philippines were taken prisoner by the Japanese, and two of them died in captivity. A total of fourteen USPHS officers died on active duty during WW II, including six who were killed in enemy action. Three USPHS officers were awarded Distinguished Service Medals for their wartime service; seven received Purple Heart Medals; ten received Legions of Merit; and nine were awarded Bronze Star Medals.

On 21 June 1945, President Harry S. Truman issued Executive Order 9575, which declared the "Commissioned Corps of the Public Health Service to be a military service and branch of the land and naval forces of the United States during the period of the present war."

At least 171 USPHS officers served in Vietnam on surgical teams and in groups controlling malaria and infectious diseases.

Almost 900 USPHS officers have served with U.S. Military forces in Iraq and Afghanistan.

USPHS officers have provided medical care to the Coast Guard for more than 200 years, wearing Coast Guard uniforms and serving on Coast Guard cutters and at shore stations. A USPHS officer serves as Surgeon General of the Coast Guard.

USPHS officers are veterans under federal law (42 U.S. Code 213d), entitled to all rights and privileges thereof, including the right to burial in a Veterans Affairs cemetery. They participate fully in the Memorial Day and Veterans Day events at Arlington National Cemetery and regularly march in veterans' parades.

Some 800 Native Americans currently serve on active duty in the USPHS, making up over twelve percent of the force--the highest percentage of Native Americans of any of the seven

federal uniformed services. More than few Native American USPHS officers have achieved flag rank, and they serve with distinction throughout our government.

The NOAA Corps was established in 1970, though its origins date back to 1917 when the United States Coast and Geodetic Survey (C&GS) Corps was established.  The C&GS Corps became the United States Environmental Science Services Administration (ESSA) Commissioned Officer Corps in 1965 when the C&GS was transferred to the newly established ESSA and finally became the NOAA Corps when ESSA was reorganized to become the National Oceanic and Atmospheric Administration in 1970.

 The C&GS Corps was established on May 22, 1917, giving C&GS Corps officers a commissioned status. Before World War I ended in November 1918, over half of all C&GS Corps officers had served in the U.S. Army, U.S. Navy, or U.S. Marine Corps, performing duty as mine laying officers, artillery orienteering officers, navigators aboard troop transports, intelligence officers, and as officers on the staff of the American Expeditionary Force.

 When the United States entered World War II, the C&GS Corps again suspended its peacetime activities to support the war. Three C&GS ships were transferred to the U.S. Navy, all compiling illustrious records from the Aleutian Islands to Guadalcanal. Over half of all C&GS Corps officers were transferred to the U.S. Army, U.S. Navy, U.S. Marine Corps, or U.S. Army Air Forces, seeing duty in Europe, North Africa, the Pacific, and North America as artillery surveyors, hydrographers, amphibious engineers, beachmasters, and in a wide variety of technical positions. They also served as reconnaissance surveyors for a worldwide aeronautical charting effort, and a C&GS Corps officer was the first commanding officer of the Army Air Forces Aeronautical Chart Plant at St. Louis, Missouri.

The National Native American Veterans Memorial is a worthy effort to honor all Native Americans who have served our country in uniform and who proudly carry the status of "veteran" under federal law. We, the undersigned members of The Military Coalition, believe that such a memorial is a one-time opportunity to honor all of these veterans and that it will not properly do so unless the logos of both the US Public Health Service and the National Oceanic and Atmospheric Administration are part of the design of the memorial.

Respectfully,

The Military Coalitions
(signatures enclosed)

Air Force Association

Air Force Sergeants Association

AMVETS

Army Aviation Association of America

AMSUS, the Society of Federal Health Professionals

Association of the United States Navy

Commissioned Officers Assn. of the US Public
Health Service, Inc

CWOA, US Coast Guard

Enlisted Association of the National
Guard of the US

Fleet Reserve Association

Gold Star Wives of America

Iraq & Afghanistan Veterans
of America

Jewish War Veterans of the USA

Marine Corps League

Military Officers Association of America

Military Order of the Purple Heart

National Guard Assn. of the US

National Military Family Association

Non Commissioned Officers Assn.
of the United States of America

Service Women's Action Network

The Retired Enlisted Association

Tragedy Assistance Program for
Survivors

USCG Chief Petty Officers Assn.

US Army Warrant Officers Assn.

Veterans of Foreign Wars of the US

Vietnam Veterans of America

# ENCLOSURE 2

# SMITHSONIAN NATIONAL MUSEUM OF THE AMERICAN INDIAN

## National Native American Veterans Memorial






## CONSULTATION REPORT

### 35 Regional and Community Consultations
### October 2015 to June 2017



Smithsonian
*National Museum of the American Indian*

# SMITHSONIAN
# NATIONAL NATIVE AMERICAN VETERANS MEMORIAL
# ADVISORY COMMITTEE

**Co Chairs**

**Senator Ben Nighthorse Campbell**
*Northern Cheyenne* — Colorado
Air Force, Korea

**Lt. Governor Jefferson Keel**
*Chickasaw Nation* — Oklahoma
Army, Vietnam

**Advisory Committee**

**Tribal Council President Mark Azure**
*Ft. Belknap, Assiniboine* — Montana
Army

**Mitchelene BigMan**
*Crow/Hidatsa* — Colorado
Army, Iraq
*President and Founder of*
  *Native American Women Warriors*

**Kurt V. BlueDog**
*Sisseton Wahpeton Oyate* — Minnesota
Army

**Johancharles Chuck Boers**
*Lipan Apache* — California
Army, Iraq
*Lipan Apache War Chief*

**Stephen D. Bowers**
*Seminole Tribe of Florida* — Florida
Army, Vietnam

**Chairman Kevin P. Brown**
*Mohegan Tribe* — Connecticut
Army, Iraq

**James Chastain Sr.**
*Lumbee* — Georgia
Army, Vietnam

**Debora Coxe**
*Chippewa* — Michigan
Gold Star Mother

**Deputy Principal Chief
S. Joe Crittenden**
*Cherokee Nation* — Oklahoma
Navy, Vietnam

**Gerald L. Danforth Sr.**
*Oneida* — Wisconsin
Navy, Vietnam and Iraq

**Colonel Wayne Don**
*Calista Corporation* — Alaska
Army, Alaska Army National Guard

**John Emhoolah**
*Kiowa* — Colorado
Army, Korea
*Black Leggings Society*

**Anthony J. Foerster**
*Pokagon Band of
Potawatomi Indians* — Michigan
Marine Corps, Army

**Joe Garcia**
*Ohkay Owingeh* — New Mexico
Air Force, Vietnam

**Marshall Gover**
*Pawnee* — Oklahoma
Marine Corps, Vietnam

**Gary Hayes**
*Ute Mountain Ute Tribe* — Colorado
Navy

**Manaja Hill**
*Standing Rock Sioux* — South Dakota
Army

**Allen K. Hoe**
*Native Hawaiian* — Hawai i
Army, Vietnam, Gold Star Father

**Judge Sharon House**
*Oneida* — Wisconsin
Military Family

**Chairman Earl Howe III**
*Ponca Tribe of Oklahoma* — Oklahoma
Army

**Lee Gordon McLester III**
*Oneida* — Wisconsin
Marine Corps Reserves

**Chairman Arlan D. Melendez**
*Reno Sparks Indian Colony* — Nevada
Marine Corps, Vietnam

**Debra Kay Mooney**
*Choctaw* — Oklahoma
Army, Iraq

**Nancy Tsoodle Moser**
*Kiowa* — Oklahoma
Military Family, Coast Guard

**Elaine Peters**
*Ak-Chin* — Arizona
Marine Corps

# SMITHSONIAN
# NATIONAL MUSEUM OF THE
# AMERICAN INDIAN



## REPORT ON REGIONAL AND COMMUNITY CONSULTATIONS

The Smithsonian's National Museum of the American Indian (NMAI) has been commissioned by Congress to build a National Native American Veterans Memorial, giving "all Americans the opportunity to learn of the proud and courageous tradition of service of Native Americans in the Armed Forces of the United States." Between October 2015 and June 2017, NMAI director Kevin Gover and museum staff traveled across the country, meeting with Native American veterans, tribal leaders, and community members. During thirty-five consultations held in sixteen states and the District of Columbia, the museum sought feedback and support while sharing plans for the National Native American Veterans Memorial.



NMAI director Kevin Gover (left) and Jesse Edward Oxendine met in Pembroke, North Carolina in May 2016.

Photo by James Locklear (Lumbee Tribe)

"This is a tremendously important effort to recognize Native Americans' service to this nation. We have so much to celebrate."

—The Honorable Ben Nighthorse Campbell (Northern Cheyenne)

1



Gila River Indian Community veterans at the memorial consultation in Chandler, Arizona, October 5, 2016.

"What we need to recognize and celebrate is this is our land and this is our culture, and we all have a spirit of defending our homeland. In the end . . . we do this . . . because we love our homeland."

—Allen K. Hoe (Native Hawaiian), NNAVM Advisory Committee

The consultations, attended by approximately 1,200 people, comprised the first phase of preparations for the congressionally mandated memorial. The findings of these meetings shaped the call for proposals for the memorial design; the final design will be announced in the summer of 2018.

When completed, the memorial on the National Mall will honor the extraordinary tradition of military service of American Indians, Alaska Natives, and Native Hawaiians, while educating the public about this often overlooked history of patriotism and sacrifice. The memorial will be dedicated on the grounds of the museum in Washington, DC, on Veterans Day 2020.

One of the primary goals set by the NMAI was to conduct at least one consultation in each of the twelve regions of the country identified by the National Congress of American Indians and the Bureau of Indian Affairs. Museum staff visited several regions multiple times, striving to connect with as many communities, Native veterans, and tribal leaders as possible. NMAI staff was met with warmth and appreciation by veterans, as many learned for the first time that the United States was finally recognizing their patriotism and bravery.



**National Native American Veterans Memorial Project Consultations 2015–17 Memorial Host Communities and Locations**

**AK** Alaska Federation of Natives
   Annual Convention, Fairbanks
   Alaska Native Heritage Center,
   Anchorage
   Sealaska Heritage Institute, Juneau
**AZ** Gila River Indian Community
   Hopi Tribe
   National Indian Gaming Association
   Convention, Phoenix
**CA** Agua Caliente Band of Cahuilla Indians
   Colusa Indian Community and California
   Nations Indian Gaming Association
   National Congress of American Indians
   Annual Convention, San Diego
   San Manuel Band of Mission Indians
   Southern California American Indian
   Veterans Association

**CO** Southern Ute Indian Tribe
**CT** Mohegan Tribe
**DC** Midwest Alliance of Sovereign Tribes
   National Museum of the American Indian
   United Southern and Eastern Tribes
   Veterans Affairs Committee
   VA Office of Tribal Government Relations
**HI** Hilo
   Honolulu
**MI** Pokagon Band of Potawatomi
**MN** Shakopee Mdewakanton Sioux
   Community
**MT** Crow Nation
**NC** Eastern Band of Cherokee Indians
   Lumbee Tribe of North Carolina

**ND** Sisseton Wahpeton Sioux Tribe
**NM** Navajo Nation
   Pueblo of Laguna and Pueblo
   of Tesuque
**NV** Reno-Sparks Indian Colony
**OK** Cherokee Nation
   Cheyenne and Arapaho Tribes
   Choctaw Nation
   Comanche Nation
**WA** National Congress of American Indians
   Mid-Year Conference, Spokane
   Suquamish Tribe
**WI** Oneida Nation

# "This is about the warrior, not the war."

—Chairman Kevin Brown (Mohegan Tribe)
NNAVM Advisory Committee

Color Guards and drum groups opened many of the consultations; tribal leaders welcomed attendees and offered remarks about their communities' histories of service and sacrifice. Traditional songs and blessings took place alongside prayers for healing and guidance in the creation of the memorial.

Participants told stories of their family and community members' outstanding military service: stories of Code Talkers from multiple tribes who had used their Native languages to transmit coded messages during both world wars; remembrances of valiant recipients of the Medal of Honor; mentions of young people recruited to service from their boarding schools; and accounts of the Battle for the Aleutians and the service of Alaska Natives in the Alaska Territorial Guard.

As they traveled across the country, museum staff members were inspired to see the ways in which Native veterans are recognized and honored in their home communities. Many have compiled extensive records of tribal members who served, and their stories are told in tribal veterans' memorials and exhibitions in museums and community centers.

The time has come for this extraordinary tradition of patriotism, service, and sacrifice to be acknowledged and honored on a national scale.



Buddy Bond Color Guard presenting the colors for the opening of the Veterans Memorial consultation hosted by the Cheyenne and Arapaho Tribes in Oklahoma City, OK, July 19, 2016.

4



## INPUT FROM NATIVE AMERICAN VETERANS

Led by the Honorable Ben Nighthorse Campbell and Chickasaw Nation Lieutenant Governor Jefferson Keel, an advisory committee of distinguished Native American veterans, tribal leaders, and family members assisted the museum with the consultations and outreach, while providing continued advice on the project. The consultations with Native American veterans and their families ensure the feedback, advice, and stories of these communities are at the core of the memorial's development and design process.

Museum staff wanted to better understand the experiences of Native veterans and their reasons for serving, and to ask for their support of and recommendations for the memorial. Their input clarifies the story the memorial will convey to the public about Native peoples' distinct legacy of military service.



Chickasaw Nation Lt. Governor and Vietnam veteran Jefferson Keel delivering remarks at the Navajo Nation Veterans Memorial consultation in Mentmore, New Mexico, March 15, 2017.

"Our Native Americans and Alaska Native men and women have served in the United States armed forces with honor and distinction, defending the security of our nation and state of Alaska with their lives, whenever called upon."

—Norma Jean Dunne (Tsimshian)

Many people are surprised to learn that American Indians, Alaska Natives, and Native Hawaiians choose to serve in great numbers a country that has not only betrayed its promises to them but has also historically treated their people poorly. Repeatedly in the consultations emerged a feeling of responsibility—a sacred responsibility—to protect one's homeland, family, community, and cultural traditions. In Ignacio, Colorado, one veteran spoke movingly about Native peoples' commitment to protecting and defending the land where their great-great-grandparents rest.

"Our great-great-grandparents' bones are in this land that we live on, so we still think of it as our own. We're willing to put forth our lives to keep enemies away."

—Rod Grove (Southern Ute)



From left: Verné Boerner (Iñupiaq), president and CEO of the Alaska Native Health Board, and Lester Secatero (Navajo), chairman of the Albuquerque Area Indian Health Board, attending consultations between the NMAI and the Veterans Affairs Office of Tribal Government Relations. Washington, DC, September 28, 2016.

Attendees communicated clearly a number of universal themes:

• The memorial must be inclusive, honoring all Native American veterans, including American Indians, Alaska Natives, and Native Hawaiians, both men and women, and from all eras and branches of service.

• The memorial should recognize the great sacrifices made and support given by the families of those who serve.

• A preference was expressed for locating the memorial on the quieter, north side of the museum grounds to allow for a peaceful and contemplative experience, as well as proximity to the museum's flowing water feature.

• The memorial should convey a sense of Native spirituality, including a space for reflection and cleansing.

• The memorial should be a place of healing for veterans and their families and for the service members returning home. Many veterans expressed pain and sorrow that they still feel about their experiences, and the need for healing to be a part of memorializing their service.

## "In our heart, this is still our land, so we're fighting still for our land."

—Mitchelene BigMan (Crow/Hidatsa), NNAVM Advisory Committee

These recommendations shaped the criteria by which submissions were evaluated in an open, juried, international design competition. Artists, designers, architects, and others submitted their initial ideas for the memorial by accessing a custom website designed specifically for this competition. Five semi-finalists were invited by the jurors to present their designs to the jury and the public in February 2018. Final design presentations will occur throughout the spring with an announcement of the winner anticipated in the summer of 2018.

 **QUOTES FROM CONSULTATION PARTICIPANTS AND ADVISORY COMMITTEE MEMBERS**

"The idea of Native Americans being warriors is something that is ingrained in each and every one of us."

—Debra Kay Mooney (Choctaw), NNAVM Advisory Committee

"I am American and I am Indian and I am a vet. I believe I was compelled to serve to honor the warrior tradition, which is inherent to most Native American societies—the pillars of strength, honor, pride, devotion, and wisdom."

—Senator Ben Nighthorse Campbell (Northern Cheyenne)

"The memorial must reflect life. . . . We were taught to love life, even to the point of risking our lives to save the life of another person."

—Nelson N. Angapak, Sr. (Yup'ik)

"This is why this memorial is so important. You are educating other cultures, other people around the globe that will come to this memorial."

—Colonel Rhonda Williams (Comanche/Kiowa/Apache/Delaware)

"This memorial will represent all Native people, Native soldiers—men and women. But let's not forget the families of those Native people that went off to war. . . . Let's . . . not forget the role that the families, mainly the women, the grandmas played, in this great history of ours."

—Commander Howard Richards (Southern Ute), Southern Ute Veterans Association

"I have always been proud of my service in Vietnam. However, a greater pride is found in our children's service, their gift of freedom to the world. They are brave, these young men and women who sacrifice daily for the cause of freedom."

—Allen K. Hoe (Native Hawaiian), NNAVM Advisory Committee



**SMITHSONIAN**
**NATIONAL NATIVE AMERICAN VETERANS MEMORIAL**
**COMMUNITY AND REGIONAL CONSULTATIONS**

| | |
|---|---|
| **October 20, 2015** | National Congress of American Indians (NCAI) Annual Convention, San Diego, CA |
| **January 21, 2016** | Choctaw Nation, Durant, OK |
| **March 14, 2016** | National Indian Gaming Association Convention, Phoenix, AZ |
| **May 18, 2016** | Lumbee Tribe of North Carolina, Pembroke, NC |
| **June 1, 2016** | Mohegan Tribe, Uncasville, CT |
| **June 27, 2016** | NCAI Mid-Year Conference, Spokane, WA |
| **June 29, 2016** | Crow Nation, Crow Agency, MT |
| **July 19, 2016** | Cheyenne and Arapaho Tribes, Oklahoma City, OK |
| **July 20, 2016** | Comanche Nation, Lawton, OK |
| **July 21, 2016** | Cherokee Nation, Tulsa, OK |
| **September 28, 2016** | VA's Office of Tribal Government Relations, Washington, DC |
| **October 5, 2016** | Gila River Indian Community, Chandler, AZ |
| **October 21, 2016** | Alaska Federation of Natives Convention, Fairbanks, AK |
| **October 28, 2016** | Eastern Band of Cherokee Indians, Cherokee, NC |
| **November 10, 2016** | San Manuel Band of Mission Indians, Highland, CA |
| **November 14, 2016** | Agua Caliente Band of Cahuilla Indians, Rancho Mirage, CA |
| **February 8, 2017** | United Southern and Eastern Tribes Veterans Affairs Committee, Washington, DC |
| **February 21, 2017** | Neal S. Blaisdell Center, Honolulu, HI |
| **February 23, 2017** | Ka Haka 'Ula O Ke'elikōlani, College of Hawaiian Language of the University of Hawai'i at Hilo, Hilo, HI |
| **March 6, 2017** | Pokagon Band of Potawatomi, Dowagiac, MI |
| **March 10, 2017** | Oneida Nation, Green Bay, WI |
| **March 14, 2017** | Hopi Tribe, Kykotsmovi Village, AZ |
| **March 15, 2017** | Navajo Nation, Mentmore, NM |
| **March 22, 2017** | Midwest Alliance of Sovereign Tribes, Washington, DC |
| **March 27, 2017** | Shakopee Mdewakanton Sioux Community, Prior Lake, MN |
| **March 28, 2017** | Sisseton Wahpeton Sioux Tribe, Hankinson, ND |
| **April 7, 2017** | Southern California American Indian Veterans Association, Valley Center, CA |
| **April 28, 2017** | Southern Ute Indian Tribe, Ignacio, CO |
| **May 1, 2017** | Reno–Sparks Indian Colony, Reno, NV |
| **May 2, 2017** | Colusa Indian Community and California Nations Indian Gaming Association, Colusa, CA |
| **May 22, 2017** | Pueblo of Laguna and Pueblo of Tesuque, Albuquerque, NM |
| **May 25, 2017** | National Museum of the American Indian, Washington, DC |
| **June 9, 2017** | Suquamish Tribe, Suquamish, WA |
| **June 12, 2017** | Sealaska Heritage Institute, Juneau, AK |
| **June 14, 2017** | Alaska Native Heritage Center, Anchorage, AK |

## Learn more:

www.AmericanIndian.si.edu

## Contact us:

nmai nativeveteransmemorial@si.edu

**SMITHSONIAN**

**NATIONAL MUSEUM OF THE AMERICAN INDIAN**

P.O. Box 37012

MRC 590

Washington, DC 20013 7012

**COVER: LEFT** | Haskell Osife Antone American Legion Post 51 Color Guard posting the colors to open the memorial consultation hosted by the Gila River Indian Community in Chandler, Arizona, October 5, 2016. **MIDDLE, TOP** | From left: NMAI director Kevin Gover (Pawnee), National Native American Veterans Memorial Advisory Committee member Marshall Gover (Pawnee), and Navajo Nation Vice President Jonathan Nez, attending consultations between the NMAI and the Veterans Affairs Office of Tribal Government Relations. Washington, DC, September 28, 2016. **MIDDLE, BOTTOM** | Juanita Mullen (Seneca), American Indian veterans liaison at the VA s Centers for Minority Veterans and Women Veterans, attending consultations between the NMAI and the Veterans Affairs Office of Tribal Government Relations. Washington, DC, September 28, 2016. **RIGHT** | War bonnets adorn uniform jackets at a Ton Kon Gah (Kiowa Black Leggings Society) ceremonial near Anadarko, Oklahoma, 2006. NMAI

# ENCLOSURE 3



**THE SECRETARY OF HEALTH AND HUMAN SERVICES**

WASHINGTON, D.C. 20201

APR 0 9 2019

David J. Skorton, M.D.
Secretary of the Smithsonian Institution
600 Maryland Avenue, SW
Washington, DC 20002

Dear Secretary Skorton:

I recently learned the Smithsonian will be constructing a National Native American Veterans Memorial at the National Museum of the American Indian. Native Americans serve in the uniformed services at significantly higher rates than other ethnic groups. As Secretary of Health and Human Services, I oversee the women and men of the United States Public Health Service (USPHS) Commissioned Corps (Corps), one of the seven uniformed services.

The USPHS has a long history of service to our country. During times of militarization of the Corps, officers served alongside military forces in WWI and WWII under 42 U.S.C. § 213. Currently, over twenty-five percent of the Corps have prior military service with the Department of Defense (DOD). Additionally, Corps officers proudly serve in the Indian Health Service, providing critical care to underserved populations.

The USPHS is especially meaningful to me because one of the very first people my grandfather met upon arriving at Ellis Island in 1920 was a uniformed member of the USPHS who performed his physical examination. Recently, I presided over the 2017 Hurricane Response Joint Services Award Ceremony, where the DOD awarded more than 1,400 Corps officers with the Joint Services Humanitarian Services Medal. This distinguished honor recognizes superior humanitarian efforts by both the DOD and the Corps in the wake of hurricanes Harvey, Irma, and Maria. Upon learning that the proposed design for the National Native American Veterans Memorial will omit the logo of the USPHS, I felt compelled to write you.

I understand that the 1994 law authorizing the National Native American Veterans Memorial used the term "veterans of the armed forces" but this does not preclude the inclusion of the USPHS logo on the memorial. Please reconsider adding the USPHS logo to the design. I believe including the USPHS logo is warranted and appropriate.

Sincerely,

Alex M. Azar II

# ENCLOSURE 4



# ENCLOSURE 5

Case 1:21-cv-00853-JDB Document 1 Filed 03/30/21 Page 34 of 38

Will Native American Veterans' Memorial Neglect Some Service Members? | Voice of America - English

USA

# Will Native American Veterans' Memorial Neglect Some Service Members?

By Cecily Hilleary

June 08, 2019 01:34 AM



WASHINGTON - It was while listening to public radio during an evening commute in June 2018 that James Currie first learned the Smithsonian Institution's National Museum of the American Indian (NMAI) had selected a finalist to design a new Native American Veterans Memorial.

Out of more than 400 candidates, NMAI selected Cheyenne Arapahoe artist Harvey Pratt, a Vietnam veteran and renowned former forensic artist.

The winning design, "The Warrior Wheel of Honor" would feature a stainless steel wheel poised upright above a drum-shaped stone structure bearing cast bronze seals of the five U.S. military services—the Air Force, Army, Coast Guard, Marines and Navy.

"And as soon as I heard that, I said, 'Okay, we've got a problem,'" said Currie, a retired Army Colonel, who today heads the Commissioned Officers Association of the U.S. Public Health Service and its affiliate, the Commissioned Officers Foundation for the Advancement of Public Health.



The problem, he said, is that the planned memorial fails to acknowledge two federal uniformed services: the U.S. Public Health Service Commissioned Corps (USPHS) and the National Oceanic and Atmospheric Administration Commissioned Corps (NOAA), both of which include Native American officers.

It is an all-too common oversight, according to Currie: "Nobody knows we exist."

**'Dinosaurs and birds'**

Most Americans lump all service members into one category, using the terms military, armed forces and uniformed services interchangeably.

But it turns out they are wrong.

The U.S. has four military services—the Air Force, Army, Marine Corps and Navy.

It also has five armed forces, the above four, plus the Coast Guard.

In addition, the U.S. has seven uniformed services—all of the above, plus the USPHS Commissioned Corps, part of the Department of Health, whose broad mission is to safeguard national health, and the NOAA Commissioned Corps, overseen by the Commerce Department, and charged with protecting the environment and climate.



VOA

Officers of both corps are commissioned, which means that just like their military counterparts, they cannot resign until they have finished their terms of service. They also wear uniforms but don't carry weapons—that is, unless the President chooses to militarize them, as President Harry Truman did during World War II and the Korean Conflict, caring for the wounded, conducting land surveys, even forecasting weather for military operations.

"They have participated in every war our country has had since 1898," said Currie. "They have been out there saving lives on the battlefield, and, as I wrote in a recent op-ed in Military.com, the Smithsonian is really good at identifying dinosaurs and obscure birds. But let the VA [U.S. Veterans Administration] identify the veterans."

Moreover, U.S. law classifies both the UPSHS and NOAA Commissioned Corp members as veterans, entitled to VA services and benefits, and both carry VA ID cards.



## Congress may decide

Case 1:21-cv-00853-JDB Document 1 Filed 03/30/21 Page 37 of 38

After hearing the radio broadcast, Currie wrote letters to NMAI, urging the museum to add two more official seals to the memorial.

"At first we were confident that if we could bring this to the Smithsonian's attention, they would correct it immediately," he said. "But the Smithsonian answered, 'Well, you all don't carry weapons and you are not trained in arms; therefore, we are not going to be allowed to include you."

The confusion is understandable. The 1994 Native American Veterans' Memorial Establishment Act authorizing the memorial refers only to the "Armed Forces of the United States."



A museum spokesman said NMAI gave interested parties every opportunity to weigh in on the project, holding 35 community consultations with tribes and tribal groups across the country.

But she suggested to VOA the museum might revisit the issue.

"The Smithsonian has reached out to the chair and ranking member of the House Committee on Natural Resources for clarification on the language in the legislation," NMAI spokesperson Becky Haberacker said via email. "We are awaiting their response."

An estimated 800 Native Americans currently serve in the USPHS Commissioned Corps; NOAA was unable to furnish any numbers, nor has it taken a public position on this issue.

Case 1:21-cv-00853-JDB Document 1 Filed 03/30/21 Page 38 of 38

"The NOAA Commissioned Officer Corps generally supports efforts to include the NOAA Corps and its predecessors in all appropriate venues and instances where the nation's uniformed service members and veterans are recognized," NOAA Commissioned Corps spokesman David L. Hall said via email.



Meanwhile, the winning designer, artist and Vietnam veteran Harvey Pratt, said the decision about which uniformed groups would be honored was not "his call."

He and his design team in Oklahoma are now constructing the $15 million memorial, set to open in Washington, D.C., in 2020.

"It makes no difference [to me]," he said via Facebook Messenger. "We made room for the unknown."

## RELATED STORIES

**USA**

### In Indian Country, the Flag, Veterans Intertwined — and Revered

As fierce debate rages about "taking a knee" during the national anthem to protest social injustice, Native Americans have a unique take on the issue as the ethnic group with the highest military-service rate, and an enduring