UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br><br>*Plaintiff,*<br><br>v.<br><br>HONORABLE LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al.*,<br><br>*Defendants.* | Civil Action No. 21-0853 (JDB) |

## NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for all Defendants in the above-captioned case.

Dated:  May 26, 2021

Respectfully submitted,

*/s/ Diana V. Valdivia*
Diana V. Valdivia, D.C. BAR # 1006628
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 252-2545
diana.valdivia@usdoj.gov