UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br><br>*Plaintiff,*<br><br>v.<br><br>HONORABLE LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-0853 (JDB) |

**NOTICE OF CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 73(a) and 28 U.S.C. § 636(c)(1), Defendants respectfully provide notice that they to the assignment of this action to a Magistrate Judge for all purposes. Defendants understand that the case will not be assigned to a Magistrate Judge for all purposes unless Plaintiff similarly consents. *See* LCvR 73.1.

Dated: May 26, 2021
         Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:       */s/ Diana V. Valdivia*
       DIANA V. VALDIVIA, D.C. Bar #1006628
       Assistant United States Attorney
       555 Fourth Street, NW
       Washington, DC 20530
       (202) 252-2545

*Attorneys for the United States of America*