UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONED OFFICERS
ASSOCIATION OF THE UNITED STATES
PUBLIC HEALTH SERVICE,

*Plaintiff,*

v.

HONORABLE LONNIE G. BUNCH, III, in
his official capacity as Secretary of the
Smithsonian Institution, *et al*.,

*Defendants*.

Civil Action No. 21-0853 (JDB)

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, by and through undersigned counsel, respectfully move, pursuant to Federal

Rule of Civil Procedure 6(b)(1), for an enlargement of time of 45-days, until July 16, 2021, to file

their response to Plaintiff's complaint in this matter.  This is Defendants' first request for an

extension of any deadline in this case.  As described in more detail below, there is good cause for

this request.  In support of this motion, Defendants state as follows:

1.      Plaintiff filed its complaint on March 30, 2021.  ECF No. 1

2.      The United States Attorney's Office for the District of Columbia was served with

the summons and Complaint on April 2, 2021, and Defendants' response to the Complaint is

therefore currently due on June 1, 2021.  *See* Fed. R. Civ. P. 12(a)(2).

3.       There is good cause for the requested extension.  Defendants' counsel has been

diligently working on Defendants' response to the Complaint over the past three weeks.

Undersigned counsel, however, has also been responsible for a heavy workload in other litigation

matters since the filing of Plaintiff's Complaint, including a D.C. Circuit merits brief and numerous

District Court filings.  As a result, undersigned counsel requires additional time to work with agency counsel to prepare Defendants' response and have it reviewed internally as required by Department of Justice regulations.

4.      This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.  The requested extension will not impact any other deadlines currently set for this case.

5.      Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel prior to filing this motion.  Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their response to Plaintiff's Complaint, up to and including July 16, 2021.

A proposed order is attached.

Dated:  May 26, 2021                           Respectfully submitted,


                                               CHANNING D. PHILLIPS, D.C. Bar #415793
                                               Acting United States Attorney

                                               BRIAN P. HUDAK
                                               Acting Chief, Civil Division

                                               By: */s/ Diana V. Valdivia*
                                               DIANA V. VALDIVIA
                                               Assistant United States Attorney
                                               D.C. Bar # 1006628
                                               555 Fourth Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 252-2545
                                               diana.valdivia@usdoj.gov

                                               *Counsel for Defendant*