UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONED OFFICERS
ASSOCIATION OF THE UNITED STATES
PUBLIC HEALTH SERVICE,

*Plaintiff,*

v.

HONORABLE LONNIE G. BUNCH, III, in
his official capacity as Secretary of the
Smithsonian Institution, *et al.*,

*Defendants.*

Civil Action No. 21-0853 (JDB)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion for an Extension of Time,

and for good cause shown, it is hereby:

ORDERED that Defendants' motion should be and hereby is **GRANTED**; it is

FURTHER ORDERED that Defendants' response to the Complaint in this matter shall be

due on or before July 16, 2021.

SIGNED:

_____                    _____
Date                                        United States District Judge

3