UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br><br>*Plaintiff,*<br><br>v.<br><br>LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-0853 (JDB) |

## DEFENDANTS' MOTION TO DISMISS

Defendants (i) Lonnie G. Bunch, III, in his official capacity as Secretary of the Smithsonian Institution ("Smithsonian"); (ii) Machel Monenerkit,[1] in her official capacity as Acting Director of the Smithsonian Institution's National Museum of the American Indian ("NMAI"); (iii) and the United States of America (collectively, "Defendants"), by and through undersigned counsel, respectfully move to dismiss the Complaint filed by the Commissioned Officers Association of the United States Public Health Service ("Plaintiff" or the "Association") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The Complaint is subject to dismissal as the Association lacks Article III standing to bring its due process claim. Moreover, the Complaint fails to state a claim upon which relief can be granted as the Association: (i) has no legitimate claim to a constitutionally protected property interest that could support a substantive due process claim; and (ii) fails to plausibly allege that it

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Director Monenerkit is automatically substituted for her predecessor, former Director Kevin Gover.

was deprived of a meaningful opportunity to be heard, a necessary element of any procedural due process claim. Finally, the controversy is precluded from judicial review by the political question doctrine.

In support of this motion, a memorandum of points and authorities is appended hereto. A proposed order is included herein.

Dated: July 16, 2021                     Respectfully submitted,

                                              CHANNING D. PHILIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
D.C. Bar No. 1006628
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendants*