127 STAT. 1208  PUBLIC LAW 113–70—DEC. 26, 2013

Public Law 113–70
113th Congress

An Act

Dec. 26, 2013
[H.R. 2319]

To clarify certain provisions of the Native American Veterans' Memorial Establishment Act of 1994.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

Native American Veterans' Memorial Amendments Act of 2013.
20 USC 80q note.

### SECTION 1. SHORT TITLE.

This Act may be cited as the "Native American Veterans' Memorial Amendments Act of 2013".

### SEC. 2. NATIVE AMERICAN VETERANS' MEMORIAL.

(a) AUTHORITY TO ESTABLISH MEMORIAL.—Section 3 of the Native American Veterans' Memorial Establishment Act of 1994 (20 U.S.C. 80q–5 note; 108 Stat. 4067) is amended—

(1) in subsection (b), by striking "within the interior structure of the facility provided for by" and inserting "on property under the jurisdiction of the Museum on the site described in"; and

(2) in subsection (c)(1), by striking ", in consultation with the Museum, is" and inserting "and the National Museum of the American Indian are".

(b) PAYMENT OF EXPENSES.—Section 4(a) of the Native American Veterans' Memorial Establishment Act of 1994 (20 U.S.C. 80q–5 note; 108 Stat. 4067) is amended—

(1) in the heading, by inserting "AND NATIONAL MUSEUM OF THE AMERICAN INDIAN" after "AMERICAN INDIANS"; and

(2) in the first sentence, by striking "shall be solely" and inserting "and the National Museum of the American Indian shall be".

Approved December 26, 2013.

---

LEGISLATIVE HISTORY—H.R. 2319:
HOUSE REPORTS: No. 113–287 (Comm. on Natural Resources).
CONGRESSIONAL RECORD, Vol. 159 (2013):
  Dec. 11, considered and passed House.
  Dec. 19, considered and passed Senate.

○