UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br><br>*Plaintiff,*<br><br>v.<br><br>LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al.*,<br><br>*Defendants.* | Civil Action No. 21-0853 (JDB) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, Plaintiffs' opposition and any replies thereto, it is hereby ORDERED that Defendants' motion is GRANTED.

It is FURTHER ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____     _____
Dated                                              United States District Judge