UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONED OFFICERS
ASSOCIATION OF THE UNITED
STATESPUBLIC HEALTH
SERVICE,

      *Plaintiff,*

  v.

HONORABLE LONNIE G. BUNCH,
III, in
his official capacity as Secretary
of theSmithsonian Institution, *et al.*,

      *Defendants.*

Civil Action No. 21-0853 (JDB)

## **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff, by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, until August 25, 2021, to file their response to the defendant. This is Plaintiff's first request for an extension of any deadline in this case. As described below, there is good cause for this request. In support of the motion, Plaintiff state as follows:

    1. Plaintiff filed its complaint on March 30, 2021.

    2. The United States Attorney's office for the District of Columbia was served with the summons and complaint on April 2, 2021.

3. On July 16, 2021, the United States Attorney's office filed a motion to dismiss, and Plaintiff's response is currently due on August 6, 2021. *See* Fed. R. Civ. P. 12(a)(1)(B).

4. There is good cause for the requested extension. Plaintiff's counsel has been working hard on Plaintiff's case. However, undersigned counsel has also been responsible for a heavy workload in other matters since filing Plaintiff's complaint. As a result, undersigned counsel needs additional time to prepare a response to Defendant's motion to dismiss.

5. This motion is being filed in good faith and not for the means of gaining any unfair advantage by delay. The requested extension will not impact any other deadlines currently set in this matter.

6. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Defendant's counsel prior to filing this motion. Defendant does not oppose the relief sought in this motion.

WHEREFORE, Plaintiff respectfully requests that the court extent the time for the Plaintiff to file their response, up to and including August 25, 2021.

A Proposed order is attached.

Dated: July 19, 2021

Respectfully submitted,

/s/ David P. Sheldon

_____
David P. Sheldon (DC Bar # 446039)
Law Offices of David P. Sheldon, P.L.L.C.
512 8th Street, S.E.
Washington, DC 20003
Tel: 202.546.9575
Fax: 202.546.0135
*Attorney for Plaintiff*