UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br><br>*Plaintiff,*<br><br>v.<br><br>LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-0853 (JDB) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion to Extend time, it is hereby ORDERED that PLAINTIFF'S motion is GRANTED.

It is FURTHER ORDERED that the time is extended.

_____            _____
Dated                                                                       United States District Judge