UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONED OFFICERS
ASSOCIATION OF THE UNITED STATES
PUBLIC HEALTH SERVICE,

*Plaintiff,*

v.

LONNIE G. BUNCH, III, in his official
capacity as Secretary of the Smithsonian
Institution, *et al*.,

*Defendants*.

Civil Action No. 21-0853 (JDB)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend time , it is hereby

ORDERED that PLAINTIFF'S motion is GRANTED.

It is FURTHER ORDERED that the time is extended.

_____
Dated

_____
United States District Judge