UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONED OFFICERS
ASSOCIATION OF THE UNITED STATES
PUBLIC HEALTH SERVICE,

    *Plaintiff,*

    v.

HONORABLE LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al.*,

    *Defendants.*

Civil Action No. 21-0853 (JDB)

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

    Defendants, by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 45-days, until March 17, 2022, to file their reply in further support of their motion to dismiss Plaintiff's complaint in this matter. This is Defendants' first request for an extension of this deadline and Defendants' second request for an extension of any deadline in this case. As described in more detail below, there is good cause for this request. In support of this motion, Defendants state as follows:

    1.    Plaintiff filed its complaint on March 30, 2021. ECF No. 1

    2.    After seeking and receiving one extension of time, Defendants timely moved to dismiss Plaintiff's Complaint on July 16, 2021. ECF No. 6.

    3.    After seeking and receiving multiple extensions of time, Plaintiff filed its memorandum in opposition to Defendants' motion approximately six months later, on January 24, 2022. ECF No. 11.

4. Pursuant to this Court's Local Civil Rules, Defendants' reply in further support of their motion is currently due on Monday, February 1, 2022. Local Civ. R. 7(d).

5. There is good cause for the requested extension. Defendants' counsel has been diligently working on Defendants' reply in further support of their motion over the past three days. Undersigned counsel, however, has also been responsible for a heavy workload in other litigation matters, including a number of matters filed along with emergency motions that have resulted in expedited full merits briefing in those matters. As a result, undersigned counsel requires additional time to work with agency counsel to prepare Defendants' reply and have it reviewed internally as required by Department of Justice regulations.

6. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. The requested extension will not impact any other deadlines currently set for this case.

7. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel prior to filing this motion. Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their response to Plaintiff's Complaint, up to and including March 17, 2022.

A proposed order is attached.

\*   \*   \*

Dated: January 28, 2022 	Respectfully submitted,

                                          MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Diana V. Valdivia*
     DIANA V. VALDIVIA, D.C. Bar #1006628
     Assistant United States Attorney
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     (202) 252-2545
     diana.valdivia@usdoj.gov

*Counsel for Defendants*