UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br><br>*Plaintiff,*<br><br>v.<br><br>HONORABLE LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al.*,<br><br>*Defendants.* | Civil Action No. 21-0853 (JDB) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendants' motion should be and hereby is **GRANTED**; it is

FURTHER ORDERED that Defendants' reply in further support of their motion to dismiss in this matter shall be due on or before March 17, 2022.

SIGNED:


_____                          _____
Date                                                                        United States District Judge

4