UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br><br>*Plaintiff,*<br><br>v.<br><br>HONORABLE LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution, *et al*.,<br><br>*Defendants*. | Civil Action No. 21-0853 (JDB) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants, by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for a brief additional enlargement of time of two-weeks, until April 1, 2022, to file their reply in further support of their motion to dismiss Plaintiff's complaint in this matter.  This is Defendants' second request for an extension of this deadline and Defendants' third request for an extension of any deadline in this case.  As described in more detail below, there is good cause for this request.  In support of this motion, Defendants state as follows:

1. Plaintiff filed its complaint on March 30, 2021.  ECF No. 1

2. After seeking and receiving one extension of time, Defendants timely moved to dismiss Plaintiff's Complaint on July 16, 2021.  ECF No. 6.

3. After seeking and receiving multiple extensions of time, Plaintiff filed its memorandum in opposition to Defendants' motion approximately six months later, on January 24, 2022.  ECF No. 11.

4. Defendants sought and received one extension of time to file their reply in further support of their motion, which, pursuant to the Court's January 31, 2022, Minute Order, is currently due on March 18, 2022.

5. There is good cause for this second requested extension. Defendants' counsel has been diligently working on Defendants' reply over the past month. Undersigned counsel, however, has also been responsible for a heavy workload in other litigation matters and, due to a colleague's departure from the U.S. Attorney's Office, was recently assigned to assume responsibility for a jury trial scheduled to proceed next month in *Vick v. DeJoy*, Civ. A. No. 14-2193 (TSC). As a result, undersigned counsel requires additional time to work with agency counsel to prepare Defendants' reply and have it reviewed internally as required by Department of Justice regulations.

6. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. The requested extension will not impact any other deadlines currently set for this case.

7. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel prior to filing this motion. Plaintiff consents to the relief sought in this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their response to Plaintiff's Complaint, up to and including April 1, 2022.

A proposed order is attached.

*   *   *

Dated:  March 17, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: <u>/s/ Diana V. Valdivia</u>
  DIANA V. VALDIVIA, D.C. Bar #1006628
  Assistant United States Attorney
  555 Fourth Street, N.W.
  Washington, D.C. 20530
  (202) 252-2545
  diana.valdivia@usdoj.gov

*Counsel for Defendants*