UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONED OFFICERS ASSOCIATION OF THE UNITED STATES PUBLIC HEALTH SERVICE,<br>    Plaintiff,<br><br>    v.<br><br>LONNIE G. BUNCH, III, Secretary of the Smithsonian Institution, et al.,<br>    Defendants. | Civil Action No. 21-853 (JDB) |

## ORDER

Upon consideration of [6] the government's motion to dismiss for lack of subject-matter jurisdiction and failure to state a claim, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED** for lack of subject-matter jurisdiction.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: March 30, 2022

1