# Exhibit 1: Affidavit of Commander James Brinkley

## Affidavit of James Brinkley
## Made Pursuant to 28 U.S.C. § 1746

My name is James Brinkley. Pursuant to 28 U.S.C. § 1746, I am offering this statement in my personal capacity in support of the United States Public Health Service Commissioned Officers Association's Motion for Reconsideration in *Commissioned Officers Association of the United States Public Health Service v. Lonne G. Bunch, III, Secretary of the Smithsonian Institution, et al.,* Case Number 1:20-cv-853.

STATEMENT

I am a member of the National Oceanic and Atmospheric Administration Commissioned Officer Corps (NOAA Corps) and a member of the Cherokee Nation of Oklahoma. Parts of my career have included serving in a joint role with the U.S. Department of Defense (DOD) as a NOAA officer from July 2007 to June 2010 where I earned the Navy and Marine Corps Achievement Medal for outstanding meritorious service with the Armed Forces of the U.S. while serving as a NOAA officer.

The mission of the NOAA Corps is to provide technically competent officers to assume positions of leadership and command in NOAA, the Department of Commerce (DOC) programs and in the Armed Forces during times of war or national emergency. As such, NOAA Corps officers must adhere to the requirements of a uniformed service. As a Native American, NOAA Corps veteran I support the efforts of the COA to have the seal of the NOAA Commissioned Officer Corps placed on the National Native American Veterans Memorial. I have served alongside other Native American NOAA Corps officers who've demonstrated absolute dedication and devotion to serving this great country. The services of my fellow NOAA Corps officers includes services performed on Native American reservations and in my opinion, deserves full recognition.

Finally, as a member of the Cherokee Nation, as well as a member of the NOAA Commissioned Corps, I personally feel that my service and veteran status has been reduced to nothing since my branch of service is not on the existing memorial. The lack of recognition in service to this country is personally insulting. Fellow armed forces Native American members have their seals included, but since my branch is not on the memorial, I translate that to my service meaning absolutely nothing.

Signed,

_____
NAME

Executed on __1 April 2022_____

# Exhibit 2: Affidavit of Captain Clarence Smiley

**Affidavit of NAME**
**Made Pursuant to 28 U.S.C. § 1746**

My name is Clarence Smiley. Pursuant to 28 U.S.C. § 1746, I am offering this statement in my personal capacity in support of the United States Public Health Service Commissioned Officers Association's Motion for Reconsideration in *Commissioned Officers Association of the United States Public Health Service v. Lonne G. Bunch, III, Secretary of the Smithsonian Institution, et al.,* Case Number 1:20-cv-853.

STATEMENT

I am a member of the United States Public Health Service (USPHS), a member of the Commissioned Officers Association of the USPHS, and a member of the Navajo Nation of AZ, NM, and UT. I am also a veteran of the US Navy, having served on Active Duty from September 1983 through September 1987 and on Active Duty in support of Operation Desert Storm in 1991. Parts of my career have included serving in the U.S. Department of Defense (DOD) as a USPHS officer from July 2012 to April 2015 and then again from December 2016 to December 2020 where I earned the Defense Meritorious Service Medal (DMSM) for outstanding meritorious service with the Armed Forces of the U.S. while serving as a USPHS officer.

The mission of the USPHS is to Protect, Promote, and Advance the health and safety of the nation. The officers of the USPHS must maintain high performance standards, maintain professional competencies, and display absolute professionalism. USPHS officers also have a continuing duty and responsibility to maintain deployment readiness to respond to emergent public health care needs that cannot otherwise be met at the Federal, State, or Local levels. In short, USPHS officers provide, as uniformed officers, critical contributions to the health and welfare of this nation. Officers cannot support this mission without adhering to the above principles. As a Native American US Navy veteran who is now a USPHS officer, I support the efforts of the COA to have the seal of the USPHS placed on the National Native American Veterans Memorial. Finally, I have served alongside Native American USPHS officers who've demonstrated absolute dedication and devotion to serving this great country as USPHS officers. The services of my fellow USPHS officers includes services performed on Native American reservations and in my opinion, deserves full recognition.

Signed,

_____
NAME

Executed on ___April 1, 2022___