UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONED OFFICERS
ASSOCIATION OF THE UNITED STATES
PUBLIC HEALTH SERVICE,

*Plaintiff*,

v.                                                    Civil Action No. 21-0853 (JDB)

HONORABLE LONNIE G. BUNCH, III, in
his official capacity as Secretary of the
Smithsonian Institution, *et al*.,

*Defendants*.

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, by and through undersigned counsel, respectfully move, pursuant to Federal

Rule of Civil Procedure 6(b)(1), for a three-week enlargement of time, until May 13, 2022, to file

their memorandum in opposition to Plaintiff's motion for reconsideration of the Court's March 30,

2022, Memorandum Opinion and Order.  This is Defendants' first request for an extension of this

deadline and Defendants' fourth request for an extension of any deadline in this case.  As described

in more detail below, there is good cause for this request.  In support of this motion, Defendants

state as follows:

1.      On March 30, 2022, the Court issued a Memorandum Opinion and Order granting

the government's motion to dismiss.  ECF Nos. 15,16.

2.      On April 8, 2022, Plaintiff filed a motion for reconsideration.  ECF No. 17.

3.      Pursuant to this Court's Local Civil Rules, Defendants' memorandum in opposition

is currently due April 22, 2022.  *See* Local Civ. R. 7(b).

4.      There is good cause for this requested extension.  Defendants' counsel was out of the office on leave on the evening of Friday, April 8, 2022, when Plaintiff filed its motion, until Tuesday, April 19, 2022.  Since returning to the office, undersigned counsel for Defendants has been diligently working on Defendants' memorandum in opposition, but has also been responsible for a heavy workload in other litigation matters including a response to the complaint in a complex class action, due April 28, 2022, and an emergency matter to which undersigned counsel was assigned today.  As a result, undersigned counsel requires additional time to work with agency counsel to prepare Defendants' memorandum in opposition and have it reviewed internally as required by Department of Justice regulations.

5.      This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.  The requested extension will not impact any other deadlines currently set for this case.

6.      Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel prior to filing this motion.  Plaintiff consents to the relief sought in this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their memorandum in opposition to Plaintiff's motion for reconsideration, up to and including May 13, 2022.

A proposed order is attached.

*      *      *

Dated:  April 21, 2022                    Respectfully submitted,


                                          MATTHEW M. GRAVES, D.C. Bar #481052
                                          United States Attorney

                                          BRIAN P. HUDAK
                                          Chief, Civil Division

                                          By:  */s/ Diana V. Valdivia*
                                               DIANA V. VALDIVIA, D.C. Bar #1006628
                                               Assistant United States Attorney
                                               601 D Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 252-2545
                                               diana.valdivia@usdoj.gov

                                          *Counsel for Defendants*